# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
TRACY L KALCHIK  
1297 ISLAND BAY DR  
COLUMBUS, OH  432357559

Case No:    05-63935

Judge:      CHARLES M. CALDWELL

SSN(S):    XXX-XX-0612

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  April 20, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| TRACY L KALCHIK<br>1297 ISLAND BAY DR<br>COLUMBUS, OH  432357559 | 6.92 |